# Court of Appeals
# of the State of Georgia

ATLANTA,____June 12, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1762.  PATRICK LUCKIE v. THE STATE.**

Patrick Luckie was convicted of possessing heroin with the intent to distribute, and his conviction was affirmed on appeal.  See *Luckie v. State*, 310 Ga. App. 859 (714 SE2d 358) (2011).  In November 2013, Luckie filed a motion for out-of-time appeal.  When the trial court failed to issue a ruling on the motion, Luckie a notice of appeal.  We lack jurisdiction.

First, a trial court's ruling may not be appealed absent a written order.  *Sharp v. State*, 183 Ga. App. 641, 642 (1) (360 SE2d 50) (1987) (oral order not appealable until and unless it is reduced to writing, signed by judge, and filed with clerk).  Given the lack of a written order, we are unable to assume jurisdiction over this matter.

Second, Luckie is not entitled to an out-of-time appeal. "An out-of-time appeal serves as the remedy for a frustrated right of appeal for a criminal defendant whose conviction has not been reviewed by an appellate court." (Punctuation and citation omitted.) *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009).   Such an appeal is not available to a defendant such as Luckie whose conviction has already been reviewed on direct appeal. *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003).  For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 06/12/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*